IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CADENCE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:10-cv-1042 |
| SABRE DEFENCE INDUSTRIES, LLC; | ) Judge Haynes |
| SABRE DEFENCE HOLDINGS, LLC; | ) |
| GUY SAVAGE, | ) Mag. Judge Bryant |
| Defendants, | ) |

## NOTICE

COMES NOW the Plaintiff, CADENCE BANK, N.A. ("Cadence" or "Plaintiff'"), by and through the undersigned, pursuant to Fed. Rs. Civ. P. 5, 6, 7, 8, 12 and 16, and respectfully gives notice that it has agreed to a modest one week extension of time, up to and including Friday, December 3, 2010, in which Defendants Sabre Defence Industries, LLC ("SDI"), Sabre Defence Holdings, LLC ("SDH"), and Guy Savage ("Mr. Savage") have to answer the *Complaint*, which was served on SDI, SDH and Mr. Savage on November 5, 2010.

Respectfully submitted,

**ERNEST B. WILLIAMS IV, PLLC**

/s/Michael B. Schwegler_____
**ERNEST B. WILLIAMS, IV, BPR # 12301**
**MICHAEL B. SCHWEGLER, BPR # 22563**
P.O. Box 159264
Nashville, Tennessee 37215
Telephone: (615) 372-0993
Facsimile: 615) 371-1572
Email: erniewilliams@ewivlaw.com
 mikeschwegler@ewivlaw.com

**Attorneys for Cadence Bank, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, via the United States District Court for the Middle District of Tennessee's Electronic Case management System, upon the following:

on this the 23rd day of November, 2010.

                                                       _/s/Michael B. Schwegler_____
                                                     **MICHAEL B. SCHWEGLER**